UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | MISC. NO.: 3:07 cr 277 |
|---|---|---|
| v. | ) | ORDER TO UNSEAL INDICTMENT |
| DAVID WILLIS | ) | |

FILED
CHARLOTTE, NC

DEC 4 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment be unsealed,

**IT IS HEREBY ORDERED** that the Indictment be unsealed.

This the 4th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE