IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr277

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| DAVID WILLIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion to extend the pretrial motions deadline by thirty days. (Doc. No. 24). The government is not opposed to the defendant's request. (Doc. No. 24).

The Court finds, for the reasons stated in the defendant's motion, good cause to allow him an additional thirty days to file pretrial motions.

**IT IS, THEREFORE, ORDERED,** that the defendant's motion GRANTED, and the deadline for filing pretrial motions is extended until March 6, 2008.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney.

Signed: February 25, 2008

Robert J. Conrad, Jr.
Chief United States District Judge