IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00277-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID WILLIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of a friend of the defendant for a sentence reduction pursuant to 18 U.S.C. § 3582. (Doc. No. 80).

While a defendant has a Sixth Amendment right to represent himself or be represented by qualified counsel, the admission of such counsel to practice before this Court is governed by Local Civil Rule 83. L. Cr. R. 44.1. There is no indication that the friend of the defendant is authorized to practice law in this District.

**IT IS, THEREFORE, ORDERED** that the motion filed by the friend of the defendant, (Doc. No. 80), is **STRICKEN**.

Signed: November 15, 2017

Robert J. Conrad, Jr.
United States District Judge