IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00277-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID WILLIS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release based on the COVID-19 pandemic, (Doc. No. 83), and his motion for summary judgment, (Doc. No. 91). However, the defendant has since been released from custody, https://www.bop.gov/inmateloc.

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 83, 91), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: August 22, 2023

Robert J. Conrad, Jr.
United States District Judge